UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL D. BRIGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:21-cv-00389-GAF |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of all claims asserted in this action against Defendant. The parties further stipulate that Plaintiff and Defendant shall bear their own attorney's fees and costs.

Respectfully submitted,

STINSON LLP

By: /s/William E. Hanna
William E. Hanna, MO #39556
Christopher J. Leopold, MO #51407
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150
(816) 842-8600 / (816) 691-3495 (F)
william.hanna@stinson.com
chris.leopold@stinson.com

ATTORNEYS FOR DEFENDANT
LIFE INSURANCE COMPANY OF NORTH AMERICA

BURNETTDRISKILL, ATTORNEYS

By: /s/Kyle H. Sciolaro
Kyle H. Sciolaro #64568
103 W. 26th Avenue, Suite 290
North Kansas City, MO 64116
816.781.4836 ||816.792.3634 [F]
ksciolaro@burnettdriskill.com
ATTORNEY FOR PLAINTIFF
MICHAEL D. BRIGGS

## Certificate of Service

On December 7, 2021, a copy of the above and foregoing was filed with the Court's ECF system, with service electronically thereby on counsel of record for plaintiff.

/s/William E. Hanna
Attorney for Defendant